■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GARY G. BECKER, on Behalf of CHRIS CHIN, Appellant, v GERALD MITCHELL, as Acting Commissioner of the New York City Department of Correction, Respondent. THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHING CHANG, Appellant, v JOSEPH COLON, as Warden of Manhattan Detention Center, Respondent.— Judgments of the Supreme Court, New York County (George F. Roberts, J.), entered April 8, 1992 in *Chin* and April 9, 1992 in *Chang,* which dismissed petitions for writs of habeas corpus, unanimously reversed, on the law, without costs, and the petitions granted to the extent of restoring the antecedent bail conditions under indictment number 10466/91. Motions M-2091 and M-2093 granted to the extent of enlarging the record.

We do not express any opinion on whether revocation of bail was warranted, but do find that it was error to remand petitioners without bail based on Grand Jury minutes underlying indictment number 2778/92, without giving counsel access to those minutes *(People ex rel. Ryan v Warden,* 113 AD2d 116). We also express no opinion on the denial of bail to petitioners under indictment number 2778/92, pursuant to which petitioners remain incarcerated, as that case is not before us. Concur—Sullivan, J. P., Rosenberger, Ross, Smith and Rubin, JJ.